UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN SCHNALL,<br>individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>- against -<br><br>HSBC BANK NEVADA, N.A.<br><br>      Defendant. | No. 11 CIV 8942<br><br>FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT |

  Defendant HSBC Bank Nevada, N.A., by and through its undersigned counsel, and in accordance with Fed. R. Civ. P. 7.1, states as follows:

  HSBC Bank Nevada, N.A. is a wholly-owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly-owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings plc's shares are publicly traded in the United States as American Depository Shares. Additionally, preferred shares and debt securities of various HSBC, Household International, Inc. and Household Finance Corporation entities are also publicly traded in the United States.

            By: /s/ *Louis Smith*
               Louis Smith
               GREENBERG TRAURIG, LLP
               200 Park Avenue
               Florham Park, New Jersey 07932
               Tel: 973.360.7900
               Fax: 973.301.8410
               Email: smithlo@gtlaw.com

               *Attorneys for Defendant*
               *HSBC Bank Nevada, N.A.*

Dated: March 7, 2012